## JANUARY 7, 1980

No. 79–704. SLATE *v.* NOLL. Affirmed on appeal from D. C. W. D. Wis. MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 79–409. CAHILL *v.* GOVERNMENTAL ETHICS COMMISSION. Appeal from Sup. Ct. Kan. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.